

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 27, 2020

**BY ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Claudiu Vaduva*, S4 19 Cr. 651 (LTS)

Dear Judge Swain:

      The Government respectfully submits this letter jointly with the defendant to request that the Court schedule a change of plea hearing at a date and time convenient to the Court on or after December 14, 2020.  The Government and the defendant both consent to a remote proceeding.

The Court will request remote hearing arrangements for December 21, 2020, at 11:00 a.m.  Because the date, time and modality of the hearing cannot be confirmed until late in the week preceding the hearing, counsel are requested to keep their calendars as open as possible from 9:00 a.m. to 2:00 p.m. on December 21, 2020.  DE#384 resolved.
SO ORDERED.
12/1/2020
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: *Robert B. Sobelman*
Elizabeth A. Hanft
Samuel P. Rothschild
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2334/6527/2616

cc:   Sean M. Maher, Esq. (by ECF)